UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-62399-BLOOM/Valle**

STEPHEN BUSHANSKY,
*on behalf of himself and all*
*others similarly situated*,

      Plaintiffs,

v.

FCB FINANCIAL HOLDINGS, INC.,
*et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [5] ("Notice"), filed on December 7, 2018.  The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [5]** is **APPROVED** and **ADOPTED**;

2. Plaintiff's individual claims are dismissed with prejudice, and the claims as to the putative class are dismissed without prejudice;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-62399-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of December, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record